IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SYED RAFIQUE, M.D. and
DELTA ONCOLOGY, INC.                                                         PLAINTIFFS

V.                                                          CIVIL ACTION NO. 4:07CV11-P-B

INDIANAPOLIS LIFE INSURANCE COMPANY;
DAVID H. CLINE, Individually, and as an Agent for
Indianapolis Life Insurance Company;
GOLDSTEIN and ASSOCIATES, P.C., Individually, and
as an Agent for Indianapolis Life Insurance Company; and
JOHN DOES 1-25                                                               DEFENDANTS

## AGREED ORDER MODIFYING CASE MANAGEMENT ORDER

THIS CAUSE, having come before the Court by joint agreement of the parties to modify the Case Management Order, and the Court, having considered the matter and being advised that no party objects thereto, finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Plaintiffs shall have until on or before November 30, 2007, to designate their expert witnesses and to provide initial reports which may be supplemented thereafter as necessary.

IT IS FURTHER ORDERED that the Defendants shall have until on or before January 7, 2008, to designate their expert witnesses and to provide initial reports which may be supplemented thereafter as necessary.

This, the 31st day of October, 2007.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE

AGREED TO AND ACCEPTED BY:

/s/ Judson M. Lee
Judson M. Lee, PLLC (MB# 100701)
P.O. Box 2629
Madison, MS 39130-2629

Cynthia H. Speetjens, P.A.
2088 Main Street, Suite A
Madison, MS 39110

*Attorneys for Plaintiffs*

/s/ J. Justin Johnston
James R. Wyrsch, Esq.
John Justin Johnston, Esq.
Wyrsch, Hobbs & Mirakian, PC
1000 Walnut, Suite 1600
Kansas City, MO 64016-2140

*Attorneys for Defendant David Cline*

/s/ William F. Ray
| William F. Ray, Esq. | J. Michael Vaughan. Esq. |
| Watkins & Eager | David M. Skeens, Esq. |
| P.O. Box 650 | Walters, Bender, Strobehn |
| Jackson, MS 39205-0650 | & Vaughan, PC |
| | 1100 Main Street, Suite 2500 |
| | City Center Square |
| | Kansas City, MO 64105 |

*Attorneys for Defendant Indianapolis Life Insurance Company*

/s/ Robert L. Moore
Robert L. Moore, Esq.
Heaton & Moore
100 North Main Building, Suite 3400
Memphis, TN 38103-0534

*Attorney for Defendant Goldstein and Associates*